UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTOR BENSON,

               Plaintiff(s),

   v.

COUNTY OF SKAGIT, et al.,

               Defendant(s).

CASE NO. C26-102-KKE

ORDER DENYING MOTION TO EXTEND
DEADLINES AS MOOT

Plaintiff Victor Benson, proceeding *pro se*, filed a motion (Dkt. No. 8) to extend certain deadlines set forth in the Court's order regarding initial disclosures, chambers procedures, joint status report, and early settlement (Dkt. No. 6). On February 17, 2026, while Plaintiff's motion was apparently in transit in the mail, the Court issued a minute order extending the deadlines that are the subject of Plaintiff's motion at the request of the parties. Dkt. No. 7.

Accordingly, Plaintiff's motion to set alternative scheduling dates (Dkt. No. 8) is DENIED as moot.

Dated this 26th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION TO EXTEND DEADLINES AS MOOT - 1