UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTOR BENSON, Plaintiff(s), v. COUNTY OF SKAGIT, et al., Defendant(s). | CASE NO. C26-102-KKE<br>ORDER DIRECTING STATUS REPORT |

Pending before the Court is *pro se* Plaintiff Victor Benson's multiple motions to stay this case. Dkt. No. 22, 26. Benson asks the Court to stay proceedings because he is undergoing treatment for cancer, and his medical condition "substantially impairs his ability to participate meaningfully in this ligation, respond to filings, attend hearings or prepare necessary documents." Dkt. No. 22. at 1–2. Also before the Court is Defendants' Motion to Dismiss, which has been fully briefed. *See* Dkt. No. 15. Defendants do not object to Plaintiff's request to stay, though they ask that their motion to dismiss be adjudicated even if the case is stayed. Dkt. No. 23.

The Court acknowledges the delay in adjudicating Plaintiff's motions to stay, which reflects the Court's heavy docket and the substantial increase in civil case filings experienced in this district in the past year. Given the passage of time since Plaintiff requested a stay, the Court finds it appropriate to hear from the parties on the status of this case and in particular, Plaintiff's

ability and/or interest in continuing to prosecute this case at this time. This update will inform the Court as to the most efficient course for adjudication of all pending motions.

Accordingly, the Court directs the parties to file a joint status report advising the Court as to whether Plaintiff still seeks to stay this action, and if so, for how long, and any position Defendants may have regarding any relief requested by the Plaintiff. To the extent the parties are unable to confer on a joint report for medical or other reasons, the parties may file separate reports.

Given Plaintiff's prior representations regarding the delays he experienced receiving his mail, the Court will give the parties 30 days (until October 28, 2026) in which to file their status report(s). The Clerk is directed to re-note all pending motions in this case to October 28, 2026. Dkt. Nos. 15, 22, 24, 26.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 28th day of September, 2026.

Kymberly K. Evanson
United States District Judge